# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| SUSAN REED, | Civil No. 10-0704 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| J.C. CHRISTENSEN & ASSOCIATES, INC., JANE DOE #1, AND JANE DOE #2, | |
| Defendants. | |

_____

Christopher Wheaton, **WHEATON LAW GROUP, PLLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant J.C. Christensen & Associates, Inc.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on March 30, 2010 [Docket No. 3].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: April 6, 2010
at Minneapolis, Minnesota.
                                             s/ John R. Tunheim
                                               JOHN R. TUNHEIM
                                              United States District Judge